UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | Case No. 15-cv-03384-JSW<br><br>**ORDER TO SHOW CAUSE RE JURISDICTION**<br><br>Re: Docket No. 23 |

On October 14, 2015, the Court issued an Order granting Defendant T-Mobile USA, Inc.'s motion to dismiss Plaintiff's claim asserting violations of the Telephone Consumer Protection Act ("TCPA"), and it gave Plaintiff leave to amend that claim. The Court reserved ruling on Plaintiff's claim for violations of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"). (Docket No. 22.) On November 6, 2015, Plaintiff filed her Second Amended Complaint ("SAC"). (Docket No. 23)

Although Plaintiff makes reference to the TCPA in paragraph 4, as a basis for subject matter jurisdiction, the only claim for relief asserted is a state law claim for violations of the RFDCPA. (SAC ¶¶ 13-14.) Plaintiff has not alleged any facts demonstrating that the Court has diversity jurisdiction over the matter.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for lack of subject matter jurisdiction.

//

//

//

//

1  Plaintiff's response to this Order to Show Cause shall be due by no later than November 16, 2015.

**IT IS SO ORDERED.**

Dated: November 9, 2015

_____
JEFFREY S. WHITE
United States District Judge