Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEANNETTE WILLIAMS,** | ) Case No. 4:15-cv-03384-JSW |
| Plaintiff, | ) **JOINT STIPULATION TO** |
| vs. | ) **DISMISS WITH PREJUDICE** |
| **T-MOBILE USA, INC.,** | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 2nd day of May, 2016

      By: s/Todd M. Friedman, Esq.
       TODD M. FRIEDMAN
       Attorney for Plaintiff

      By: s/Adriene Plescia Lynch, Esq.
       ADRIENE PLESCIA LYNCH
       Attorney for Defendant

Filed electronically on this 2nd day of May, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Jeffrey S. White
United States District Court
Northern District of California

Deborah Yoon Jones
Alston & Bird LLP

Adriene Plescia Lynch
Alston & Bird LLP

This 2nd day of May, 2016.
s/Todd M. Friedman
TODD M. FRIEDMAN